# EXHIBIT B

**(submitted by other electronic means)**