# EXHIBIT C

**(submitted by other electronic means)**